Alvin Lee ALLEN, Appellant,

v.

H. L. HANCHEY, Warden of Louisiana
State Penitentiary at Angola,
Appellee.

No. 22553.

United States Court of Appeals
Fifth Circuit.

Oct. 21, 1965.

Jack Peebles, New Orleans, La., for
appellant.

Teddy W. Airhart, Jr., Asst. Atty.
Gen., Jodie W. Stout, Asst. Atty. Gen.,
Baton Rouge, La., Jack P. F. Gremillion,
Atty. Gen. State of Louisiana, for appel-
lee.

Before JONES, WISDOM and
GEWIN, Circuit Judges.

PER CURIAM.

The appellant applied to the district
court for a writ of habeas corpus assert-
ing that he was not provided with or
advised of his right to counsel. At the
time the matter was before the district
court it had not been decided by this
Court that the doctrine announced in
Gideon v. Wainwright, 372 U.S. 335, 83
S.Ct. 792, 9 L.Ed.2d 799, 93 A.L.R.2d 733,
had a retroactive effect. The district
court held that the principles announced
in Gideon were not retroactive. In Wil-
liams v. State of Alabama, 5 Cir., 341
F.2d 777, it was held that Gideon should
be given retroactive effect. Whatever
doubt may have existed at the time of
the hearing before the district court as
to whether an accused should have been
advised of his right to counsel at the
time of his arraignment has also been put
at rest by Williams v. State of Alabama,
supra, where it was held that the right
to counsel exists at that time. The judg-
ment of the district court denying the
application for the issuance of a writ of
habeas corpus is reversed and the case
remanded for further consideration.

Reversed and remanded.